PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

*E-FILED - 11/19/09*

Attorneys for Plaintiff
COREY CHEEKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY CHEEKS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAN BENITO COUNTY and EDWARD ESCAMILLA, in his individual capacity,<br><br>　　　　Defendants. | No. C09-02844 RMW<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE CASE**<br>**MANAGEMENT CONFERENCE** |

The parties, by and through their respective counsel of record, agree that the Case Management Conference presently scheduled for November 20, 2009, at 10:30 a.m. may be taken off calendar and rescheduled to December 11, 2009, at 10:30 a.m.

Dated: November 13, 2009　　　　　　　　　　　　PRICE AND ASSOCIATES

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Pamela Y. Price*
　　　　　　　　　　　　　　　　　　　　　　　　PAMELA Y. PRICE, Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　COREY CHEEKS

-1-

STIPULATION AND ORDER (C09-02844 RMW)

1180P201PYP

-2-

| | | |
|---|---|---|
| 1 | Dated: November 13, 2009 | RANKIN, LANDSNESS, LAHDE, SEVERIAN & STOCK |
| 2 | | |
| 3 | | /s/ |
| 4 | | MICHAEL C. SEVERIAN, Attorneys for Defendants SAN BENITO COUNTY and EDWARD ESCAMILLA |

## **ORDER**

Pursuant to the stipulation of the parties that the Case Management Conference scheduled for November 20, 2009, shall be taken off calendar and rescheduled to December 11, 2009, **IT IS SO ORDERED**.

The next Case Management Conference shall be held on December 11, 2009.

Dated: 11/19/09

*Ronald M. Whyte*
HON. RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE