MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,**
  **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California  95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
Email: mserverian@rllss.com

*E-FILED - 4/14/10*

Attorneys for Defendants
SAN BENITO COUNTY and EDWARD ESCAMILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY CHEEKS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SAN BENITO COUNTY, and EDWARD ESCAMILLA, in his individual capacity,<br><br>　　　　Defendants. | Case No. C09-02844 RMW<br><br>**STIPULATION AND ORDER CONTINUING MEDIATION**<br><br>**Current Mediation: May 24, 2010** |

THE PARTIES HEREBY STIPULATE, BY AND THROUGH THEIR ATTORNEYS OF RECORD, TO THE FOLLOWING:

Because defendants are in the process of gathering and producing documents responsive to Plaintiff's First Request for Production of Documents and further, that counsel for Defendants has been diagnosed with chicken pox and cannot return to work for two weeks, the parties hereby stipulate that the Mediation Hearing set for April 5, 2010, be continued, and that the parties have until **June 4, 2010** to complete the mediation.

Dated: April 9, 2010　　　　　　　　　RANKIN, LANDSNESS, LAHDE,
　　　　　　　　　　　　　　　　　　　　SERVERIAN & STOCK


　　　　　　　　　　　　　　　　　　　By: /s/Michael C. Serverian
　　　　　　　　　　　　　　　　　　　　　MICHAEL C. SERVERIAN
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants

| | |
|---|---|
| Dated: April 9, 2010 | PRICE & ASSOCIATES |

By: /s/Sheree M. McLellan
  SHEREE M. McLELLAN
  Attorney for Plaintiff
  COREY CHEEKS

**ORDER**

THE PARTIES HAVING STIPULATED, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

The mediation in this matter shall be completed by **June 4, 2010**.

DATED: 4/14/10                        /s/ Ronald M. Whyte
                                                         RONALD M. WHYTE
                                                         JUDGE OF THE U.S. DISTRICT COURT