PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA 94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela.price@pypesq.com

Attorneys for Plaintiff
COREY CHEEKS

*E-FILED - 3/17/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY CHEEKS,<br><br>    Plaintiff,<br><br>v.<br><br>SAN BENITO COUNTY, and EDWARD ESCAMILLA, in his individual capacity,<br><br>    Defendants. | NO. C09-02844 RMW<br><br>**STIPULATION AND REQUEST FOR DISMISSAL AND [==========<br>ORDER OF DISMISSAL**<br><br>DATE: MARCH 16, 2011 |

It is hereby stipulated by and between the parties that the above-entitled action may be dismissed in its entirety with prejudice forthwith. Each party will bear his or its own attorneys' fees and costs.

Dated: March 16, 2011

PRICE AND ASSOCIATES

*/s/ Pamela Y. Price/*

PAMELA Y. PRICE, Attorneys for Plaintiff
COREY CHEEKS

1180P205PYP

-1-
REQUEST FOR DISMISSAL (C09-02844 RMW)

1 | Dated: March 16, 2011

RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK

*/s/ Michael C. Serverian*

MICHAEL C. SERVERIAN, Attorneys for
Defendants SAN BENITO COUNTY and
EDWARD ESCAMILLA

## ORDER

Pursuant to the foregoing Stipulation of the parties, **IT IS SO ORDERED**. The Clerk of the Court is directed to enter a dismissal with prejudice of the entire action. Each party will bear their own attorneys' fees and costs. The pretrial and trial dates are hereby vacated.

Dated: 3/17/11

*/s/ Ronald M. Whyte*

HON. RONALD M. WHYTE
UNITED STATES DISTRICT COURT